UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P380-S

**THEODORE TOBIAS**                                                                  **PLAINTIFF**

v.

**BIG SANDY OFFICIALS**                                                **DEFENDANTS**

### MEMORANDUM OPINION

Plaintiff commenced this action by filing a one-page, handwritten complaint with the Court in May 2009. From a review of the complaint it appeared that Plaintiff was alleging that prison officials were discriminating against him because he is a Muslim and were denying him medical treatment. Plaintiff did not pay the $350.00 filing fee or submit an application to proceed *in forma pauperis* at the time he filed his complaint. Accordingly, by Order entered June 9, 2009, the Court ordered Plaintiff to either complete and return a prisoner application to proceed without prepayment of fees along with a certified copy of his prison trust account statement or pay the $350.00 filing fee. Additionally, the Court directed Plaintiff to restate his complaint on the Court-approved 42 U.S.C. § 1983 complaint from. Plaintiff was given 30 days to comply with the Court's Order. Plaintiff was warned that his failure to comply would result in dismissal of this action. Well over 30 days have passed and Plaintiff has failed to comply or show good cause for his failure to do so.

In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of

this Court and failure to prosecute.

      The Court will enter a separate Order consistent with this Memorandum Opinion.

Date: January 17, 2010

                                      **Charles R. Simpson III, Judge**
                                      **United States District Court**

cc:      Plaintiff, *pro se*

4411.008